---

**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                          CHAPTER 13 CASE NO.:

MAMMIE QUINN                                19-14574-JDW

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #30)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #30) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee") and response thereto filed by the Debtor (Dkt. #31).  Upon agreement of the parties,

IT IS ORDERED that:

1.      The Motion shall be and is hereby denied.

2.      On or before May 31, 2020, the Trustee shall receive from the Debtor guaranteed funds in the amount of $2,593.00.

3.      Failure to comply with the terms of this Agreed Order may result in the dismissal of this case without further notice or hearing.

##END OF ORDER##


AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR


Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392