**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                         CHAPTER 13 CASE NO.:

MAMMIE QUINN                                              19-14574-JDW

**OBJECTION TO MOTION TO REINSTATE CASE**

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, and files this Objection to the Motion to Reinstate Case (Dkt. #58) (the "Motion") and in support thereof states as follows:

1. On November 11, 2019, the Debtor initiated this proceeding with the filing of a Chapter 13 Bankruptcy Petition (Dkt. #1). The Court entered a Final Order of Dismissal (Dkt. #52) on September 8, 2023, as a result of the Debtor becoming more than sixty (60) days delinquent in Chapter 13 Plan payments and, therefore, failing to comply with the terms of the Agreed Order Denying Motion to Dismiss (Dkt. #45) (Dkt. #49).

2. As of November 10, 2023, the Trustee has received $4,325.00 from the Debtor since the dismissal of this bankruptcy case. An additional $5,318.00 is needed to bring the plan payments current through November 2023. Plan payments continue to accrue at the rate of $2,158.50 monthly thereafter.

3. The Trustee requests that the Motion be denied.

4. Should the Motion be granted and the bankruptcy case reinstated, the Trustee requests that the strict compliance provision as to future payments be again imposed stating that should the Debtor become

more than sixty (60) days delinquent in future plan payments to the Trustee that the case will be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that upon notice and hearing that this Court enter its order denying the Motion and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: November 13, 2023.

Respectfully submitted,

**LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE**

By: /s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: November 13, 2023.

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN